# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7094 ODW(AJWx) | Date | January 3, 2011 |
|---|---|---|---|
| Title | Jeanne Davidson v. Persolve, LLC | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order to Show Cause re Case Settlement; Order Vacating Scheduling Conference**

The Court is in receipt of the Notice of Settlement [14] filed December 29, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, March 7, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Scheduling Conference set for January 24, 2011 at 1:30 p.m. is hereby VACATED.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |